(JCx), DISCOVERY, STAYED

# U.S. District Court
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:06-cv-06329-DSF-JC

Alcides Melo v. Webloyalty.com Inc et al
Assigned to: Judge Dale S. Fischer
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 28:1331 Fed. Question

Date Filed: 10/04/2006
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Alcides Melo**
*on behalf of himself and all others similarly situated*

represented by

**Kenneth A Wexler**
Wexler Toriseva Wallace
1 N La Salle, Ste 2000
Chicago, IL 60602
312-346-2222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R Miller**
Wexler Toriseva Wallace
One North LaSalle Street, Suite 2000
Chicago, IL 60602
US
312-346-2222
Email: mrm@wtwlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J Tamblyn**
Wexler Toriseva Wallace
1610 Arden Way, Suite 290
Sacramento, CA 95815
916-568-1100
Email: mjt@wtwlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

| | | |
|---|---|---|
| **Kim Crouse**<br>*Massachusetts plaintiff* | represented by | **Jonathan E Behar**<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>9601 Wilshire Boulevard, Suite 510<br>Los Angeles, CA 90210<br>310-859-3100<br>Fax: 310-278-2148<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Joe Kuefler**<br>*Massachusetts plaintiff* | represented by | **Jonathan E Behar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Monica Staaf**<br>*Massachusetts plaintiff* | represented by | **Jonathan E Behar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Webloyalty.com Inc**<br>*a Connecticut corporation* | represented by | **Ethan J Brown**<br>Latham & Watkins<br>633 W 5th St, Ste 4000<br>Los Angeles, CA 90071-2007<br>213-891-8192<br>Email: ethan.brown@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gabrielle R Wolohojian**<br>Wilmer Cutler Pickering Hale and Dorr<br>60 State Street<br>Boston, MA 02109<br>US |

617-526-6167
Email:
gabrielle.wolohojian@wilmerhale.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Regan**
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
US
617-526-6120
Email: john.regan@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan L Walker**
Wilmer Cutler Pickering Hale and Dorr
1117 California Avenue
Palo Alto, CA 94304
650-858-6070
Email:
nathan.walker@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valueclick Inc**
*a Delaware corporation doing business as*
123Inkjets.com

represented by

**Ethan J Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle R Wolohojian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Regan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Nathan L Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**E-Babylon Inc**
*a California corporation doing business as*
123Inkjets.com

represented by **Ethan J Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle R Wolohojian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan L Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2006 | 1 | COMPLAINT against defendants Webloyalty.com Inc, Valueclick Inc.(Filing fee $ 350) Jury Demanded. , filed by plaintiff Alcides Melo.(rrey, ) (Entered: 10/10/2006) |
| 10/04/2006 | | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Webloyalty.com Inc, Valueclick Inc. (rrey, ) (Entered: 10/10/2006) |
| 10/04/2006 | 2 | CERTIFICATION AS TO Interested Parties filed by Plaintiff Alcides Melo. (rrey, ) (Entered: 10/10/2006) |
| 10/04/2006 | | FAX number for Attorney Mark J Tamblyn is 916-568-7890. (rrey, ) (Entered: 10/10/2006) |
| 10/04/2006 | | FAX number for Attorney Mark R Miller, Kenneth A Wexler is 312-346-0022. (rrey, ) (Entered: 10/10/2006) |
| 10/10/2006 | 3 | STANDING ORDER regarding newly assigned cases to Judge Dale S Fischer by Judge Dale S. Fischer (lc, ) (Entered: 10/11/2006) |

| | | |
|---|---|---|
| 10/10/2006 | 4 | FAXED COPY OF PROOF OF SERVICE Executed by plaintiff Alcides Melo, upon Webloyalty.com Inc served on 10/6/2006, answer due 10/26/2006. The Summons and Complaint were served by personal service, by CCP statute, upon Nicole Edwards, person authorized to accept service of process, Original Summons not returned. (lc, ) (Entered: 10/11/2006) |
| 10/13/2006 | 5 | PROOF OF SERVICE Executed by Plaintiff Alcides Melo, upon Webloyalty.com served on 10/11/2006, answer due 10/31/2006. The Summons and Complaint were served by Substituted service and by Mail on 10/11/2006, by under CCP 415.20 statute, upon Shane Spitzer, Person authorized to accept service of process by leaving copies with Liz Kraus, Business. Develop Manager, Person in Charge of Office. Due Dilligence declaration ATTACHED. Original Summons NOT returned. (jp) (Entered: 10/16/2006) |
| 10/17/2006 | 6 | CERTIFICATE OF SERVICE Executed by Plaintiff Alcides Melo, upon defendant Webloyalty.com served on 10/11/2006. Answer due 10/31/2006. The Summons and Calss Action Complaint were served by Substituted service and by Mail on 10/11/2006, by under CCP 415.20 statute, upon Shane Spitzer, Person authorized to accept service of process by leaving copies with Liz Kraus, Business. Develop Manager, Person in charge of Office. Due Dilligence declaration ATTACHED. Original Summons NOT returned. (FILED BY FAX.) (jp) (Entered: 10/18/2006) |
| 10/17/2006 | 8 | NOTICE of issuance of standing order filed by plaintiff Alcides Melo. (lc, ) (Entered: 10/27/2006) |
| 10/26/2006 | 7 | FIRST STIPULATION Extending Time to Answer the complaint. Webloyalty.com Inc answer due 11/21/2006; Valueclick Inc answer due 11/21/2006. filed by defendant Webloyalty.com Inc; Valueclick Inc. (lc, ) (Entered: 10/27/2006) |
| 10/26/2006 | | FAX number for Attorney Nathan L Walker is 650-858-6100. (lc, ) (Entered: 10/27/2006) |
| 11/08/2006 | 9 | NOTICE OF DISCREPANCY AND ORDER: by Judge Dale S. Fischer, ORDERING moiton to transfer, memorandum; schedule of acitons with exhbits A-D submitted by Plaintiff Alcides Melo received on 11/6/06 is not to be filed but instead |

| | | |
|---|---|---|
| | | rejected. Denial based on: lacking name and address, no judges copy, document not bound, no case number ofr Central District, Western Division of California.(lc, ) (Entered: 11/13/2006) |
| 11/15/2006 | 12 | NOTICE PURSUANT OF FILING OF PETION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION filed by Massachusetts Plaintiffs (lc, ) (Entered: 12/01/2006) |
| 11/16/2006 | 10 | NOTICE OF DISCREPANCY AND ORDER: by Judge Dale S. Fischer, ORDERING revised schedule of actions submitted by (party not identified) received on 11/9/06 is not to be filed but instead rejected. Denial based on: lacking name and address, no district court number, wrong court title.(lc, ) Modified on 11/20/2006 (lc, ). (Entered: 11/20/2006) |
| 11/20/2006 | 11 | FIRST AMENDED CLASS ACTION COMPLAINT against defendants Valueclick Inc, Webloyalty.com Inc, Babylon Inc doing business as 123Inkjets.com amending Complaint - (Discovery)[1] ,filed by plaintiff Alcides Melo (lc, ) (Entered: 11/21/2006) |
| 12/06/2006 | 13 | ANSWER to Amended Complaint[11] filed by defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc.(lc, ) (Entered: 12/07/2006) |
| 12/06/2006 | 14 | NOTICE of Interested Parties filed by Defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc. (lc, ) (Entered: 12/07/2006) |
| 12/06/2006 | | FAX number for Attorney Gabrielle R Wolohojian is 617-526-5000. (lc, ) (Entered: 12/07/2006) |
| 12/06/2006 | | FAX number for Attorney Ethan J Brown is 213-891-8763. (lc, ) (Entered: 12/07/2006) |
| 12/06/2006 | 15 | APPLICATION for attorney Gabrielle R Wolohojian to Appear Pro Hac Vice designating Ethan Brown as local counsel. FEE paid. filed by defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc. Lodged order. (lc, ) (Entered: 12/08/2006) |
| 12/07/2006 | 16 | ORDER granting [15] Application to Appear Pro Hac Vice by Attorney Gabrielle R Wolohojian on behalf of defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc designating Ethan Brown as local counsel by Judge Dale S. Fischer(lc, ) (Entered: 12/08/2006) |

| | | |
|---|---|---|
| 12/07/2006 | 17 | CORPORATE DISCLOSURE STATEMENT filed by Defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc identifying ValueClick Inc is parent of E-Babylon Inc; Webloyalty.com Incs parent company is Webloyalty Holdings Inc as Corporate Parent. (lc, ) (Entered: 12/08/2006) |
| 12/07/2006 | 18 | PROOF OF SERVICE on 12/6/06 by mail of Answer to Complaint (Discovery)[13], Corporate Disclosure Statement [17], Certificate of Interested Parties[14], Order approving pro hac vice16 filed by defendants E-Babylon Inc, Webloyalty.com Inc, Valueclick Inc, (lc, ) (Entered: 12/08/2006) |
| 12/12/2006 | 19 | ORDER setting Scheduling Conference set for 3/5/07 11:00 AM; compliance with FRCP 26 (f) and filing of joint report and other requirements and instructions by Judge Dale S. Fischer(lc, ) (Entered: 12/13/2006) |
| 12/13/2006 | 20 | APPLICATION for attorney John J Regan to Appear Pro Hac Vice designating Ethan Brown as local counsel. FEE paid. filed by defendant Webloyalty.com Inc, Valueclick Inc. Lodged order. (lc, ) (Entered: 12/15/2006) |
| 12/14/2006 | 21 | ORDER granting [20] Application to Appear Pro Hac Vice by Attorney John J Regan on behalf of defendants, designating Ethan Brown as local counsel by Judge Dale S. Fischer (lc, ) (Entered: 12/15/2006) |
| 12/14/2006 | | FAX number for Attorney John J Regan is 617-526-5000. (lc, ) (Entered: 12/15/2006) |
| 12/19/2006 | 23 | NOTICE of filing reply memorandum in support of motion to transfer and coordinate or consolidate actions (which was filed with the MDL panel, copy attached as exhibit) filed by collectively Massachusetts plainiffs Kim Crouse, Joe Kuefler, Monica Staaf. (lc, ) (Entered: 01/16/2007) |
| 01/04/2007 | 22 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS PENDING DECISION BY THE MDL JUDICIAL PANEL by Judge Dale S. Fischer (lc, ) (Entered: 01/09/2007) |

| PACER Service Center |
|---|
| |

| Transaction Receipt | | | |
|---|---|---|---|
| 02/26/2007 12:18:55 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-06329-DSF-JC |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |